# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ZAKOYA WEATHERSPOON, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO: 7:23-cv-144–WLS |
| : | |
| PRUITTHEALTH PHARMACY : | |
| SERVICES - VALDOSTA INC., : | |
| : | |
| **Defendants.** : | |

## **ORDER**

The Parties notified by Court that they have settled all claims and disputes in this action, and are in the process of finalizing the settlement documents prior to filing a joint stipulation for dismissal.

To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file such joint stipulation of dismissal by **no later than Monday, April 28, 2025**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 24th day of March 2025.

                                              /s/W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**