# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ZAKOYA WEATHERSPOON, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:23-cv-144–WLS |
| PRUITTHEALTH PHARMACY SERVICES - VALDOSTA INC., | : |
| Defendants. | : |

## ORDER

On March 19, 2025, the Parties notified the Court that they had settled all claims and disputes in this action and were in the process of finalizing the settlement documents prior to filing a joint stipulation for dismissal. By Order (Doc. 22) entered March 24, 2025, the Parties were ordered to file their joint stipulation of dismissal by no later than Monday, April 28, 2025, or, by the same deadline, file a motion for additional time with an explanation as to why additional time was needed. As of this date, the Parties have not complied with the Court's March 24, 2025 Order.

Accordingly, the Parties are hereby **ORDERED** to **IMMEDIATELY** file their joint stipulation of dismissal, **by no later than Monday, May 5, 2025,** along with an explanation as to why Counsel failed to comply with the Court's Order (Doc. 22) or timely seek an extension.

**SO ORDERED**, this 29th day of April 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1