IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ZAKOYA WEATHERSPOON, :
:
    **Plaintiff,** :
:
v. : CASE NO: 7:23-cv-144–WLS
:
PRUITTHEALTH PHARMACY :
SERVICES - VALDOSTA INC., :
:
    **Defendants.** :
:

## ORDER

    Presently before the Court is a Joint Motion for Dismissal of Action (Doc. 24) ("Motion"). Therein, the Parties move to dismiss this matter with prejudice as they have settled this matter and there are no further issues to be determined by the Court. Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed at the plaintiff's request by court order on terms that the court considers proper. Fed. R. Civ. P. 41(a)(2). The Motion is signed by all Parties.

    Accordingly, the Motion (Doc. 24) is **GRANTED**. The above action is **DISMISSED, WITH PREJUDICE**, in its entirety.

    **SO ORDERED**, this 1st day of May 2025.

                                                 **/s/ W. Louis Sands**
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**